UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

BETTY SIMMONS,

    Plaintiff,

– against –

ADVANCED TECHNOLOGIES and MASTEC,

    Defendants.
------------------------------X

MASTEC NORTH AMERICA, INC. d/b/a
ADVANCED TECHNOLOGIES,

    Third-Party Plaintiff,

– against –

RICHMOND DIGITAL, INC.,

    Third-Party Defendant.
------------------------------X

ORDER
03-CV-6193

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 0 9 2005 ★
BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior District Judge:

For the reasons stated on the record, all motions for summary judgment are denied.

SO ORDERED.

Jack B. Weinstein

Dated: August 8, 2005
      Brooklyn, New York